WEST MERRICK ROAD REALTY CORP., Appellant, v. DRY DOCK SAVINGS BANK, Respondent, et al., Defendant.— Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

(October 27, 1955.)

In the Matter of RODERICK B. TRAVIS, Respondent, against J. EDWARD FOX et al., Appellants, and BOARD OF ELECTIONS OF THE COUNTY OF WESTCHESTER, Respondent.— No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

(October 31, 1955.)

HAZEL F. BITTSON, Respondent-Appellant, v. ANTHONY J. BITTSON, Appellant-Respondent.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See 285 App. Div. 1061, 1173.]

In the Matter of the Application of LEON FISCHBEIN for Reinstatement to the Bar.— Wenzel, Acting P. J., Schmidt, Murphy and Ughetta, JJ., concur; MacCrate, J., dissents and votes to grant the application.

In the Matter of the Application of EMANUEL ROSENBERG for Reinstatement to the Bar.— Wenzel, Acting P. J., Schmidt, Murphy and Ughetta, JJ., concur; MacCrate, J., dissents and votes to grant the application.